Filed
5/15/2015 9:08:59 AM
Esther Degollado
District Clerk
Webb District
Esther Jo Garza
2015CVT000802D3

## NO. 2015CVT000802 D3

| | | |
|---|---|---|
| **LUIS AND JANETH MORENO,** | § | **IN THE DISTRICT COURT** |
| **INDIVIDUALLY AND ON BEHALF** | § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>05/19/2015 11:23:28 AM<br>KEITH E. HOTTLE<br>Clerk |
| **OF THEIR DAUGHTER GM (VICTIM)** | § | |
| **Plaintiffs** | § | |
| | § | |
| **VS.** | § | **341ST JUDICIAL DISTRICT** |
| | § | |
| **ROSA VIDA,** | § | |
| **INDIVIDUALLY** | § | |
| **Defendant** | § | **WEBB COUNTY, TEXAS** |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Plaintiffs Luis and Janeth Moreno, Individually and on behalf of their daughter GM (Victim) (hereinafter "Plaintiffs") and give notice of their intent to appeal the trial court's judgment rendered on March 3, 2015 (copy attached). This appeal is taken to the Fourth Court of Appeals in San Antonio, Texas.

Respectfully submitted,

THE LAW OFFICES OF RONALD
RODRIGUEZ, P.C.
Ronald Rodriguez
SBN 00788306
Willard Clark
SBN 24087307
915 Victoria Street
Laredo, Texas 78040
(956) 796-1000 – Telephone
(956) 796-1002 – Fax
ron@ronaldrodriguez.com
will@ronaldrodriguez.com

ATTORNEYS FOR LUIS AND JANETH MORENO, INDIVIDUALLY AND ON
BEHALF OF THEIR DAUGHTER GM

BY: *"/s/ Ronald Rodriguez"*
Ronald Rodriguez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served

in accordance with the Texas Rules of Appellate Procedure on the following on May 15,

2015:

John A. Kazen
State Bar No. 11132100
J. Francisco Tamez
State Bar No. 24033257
211 Calle del Norte, Suite 100
P.O. Box 6237
Laredo, Texas 78042
(956) 712-1600 – Telephone
(956) 712-1628 – Fax
jkazen@kmp-law.com
ftamez@kmp-law.com

Samuel V. Houston, III
Houston Dunn, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
(210) 775-0882 – Telephone
(210) 826-0075 – Fax
sam@hdappeals.com

Keith B. O'Connell
O'Connell & Avery, LLP
13750 San Pedro, Suite 110
San Antonio, Texas 78232
(210) 824-0009 – Telephone
(210) 824-9429 – Fax
keitho@oalawsa.com

BY: *"/s/ Ronald Rodriguez"*
Ronald Rodriguez



# WEBB COUNTY

DISTRICT COURTS &
COUNTY COURTS AT LAW

---

**ESTHER DEGOLLADO** / *DISTRICT CLERK*

P.O. BOX 667 / LAREDO, TEXAS 78042-0667
AREA CODE 956 / 523-4368
FAX NO. 956 / 523-5063

# Fax

---

| | |
|---|---|
| **TO: ATTY. RONALD RODRIGUEZ** | **FROM:** Sara Lopez |
| | **PAGES:** 3 |
| FAX: (956) 796-1002 | FAX: 956.523.5063 |
| PHONE: | PHONE: 956.523.4278 |

| |
|---|
| FEES: N/A |
| DATE/TIME: 3/6/2015 |

**COMMENTS:** ORDER ON SEVERANCE NEW CASE NUMBER *(Revised)*

---

☐ Urgent

☐ Please review

☐ Please comment

☐ For your records



2015CVT000 802 D3

CAUSE NO. 2012CVT000773-D3

| | | |
|---|---|---|
| LUIS AND JANETH MORENO, INDIVIDUALLY AND ON BEHALF OF THEIR DAUGHTER GM (VICTIM), *Plaintiff.* | § § § § § | IN THE DISTRICT COURT |
| vs. | § § § | 341ST JUDICIAL DISTRICT |
| MARY HELP OF CHRISTIANS SCHOOL INSTITUTE OF THE DAUGHTERS OF CHRISTIANS SALESIAN SISTERS OF ST. JOHN BOSCO AND ROSA VIDA, INDIVIDUALLY, *Defendants.* | § § § § § § § | WEBB COUNTY, TEXAS |

## ORDER GRANTING DEFENDANT, ROSA VIDA'S PLEA TO THE JURISDICTION AND MOTION FOR SEVERANCE

On the 25th day of February, 2014 came before the Court the above styled and Numbered Cause (hereinafter referred to as the "Lawsuit") and for the Court's consideration, Defendant, Rosa Vida's First Amended Plea to the Jurisdiction and Motion for Severance.

The Court, after considering the Plea and the Motion, the argument and authority cited by counsel, the response, if any, and the objections to evidence, determines that the Plea and the Motion should in all things be granted in accordance with and pursuant to the Orders issued by the Fourth Court of Appeals on January 9, 2015 and February 23, 2015 respectively in No. 04-14-00636-CV styled, *In re Vida.*

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant Rosa Vida's Plea to the Jurisdiction is GRANTED and all of Plaintiffs' claims and causes of action against Defendant Vida are DISMISSED in their entirety. This Court lacks jurisdiction over the claims and causes of action alleged by Plaintiffs against Defendant Vida.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Rosa Vida's Motion for Severance is hereby granted such that Defendant Rosa Vida and all claims and causes of action pleaded, alleged, and otherwise made the basis of the Lawsuit against Defendant Rosa Vida are hereby severed from this Lawsuit. The Clerk of this Court shall issue Cause Number 2015CVT0008020203 (hereinafter the "Severed Lawsuit") which Cause shall be styled:

> Luis Moreno, Janeth Moreno, Individually and on Behalf of Their Daughter GM (Victim) vs. Rosa Vida, Individually

The Clerk shall also place in the file of the Severed Lawsuit all of the following: (a) the pleadings and answers on file in the original Lawsuit; (b) the motions, responses, and replies filed in the original Lawsuit; (c) the objections filed in the original Lawsuit; (d) the signed orders filed in the original Lawsuit; (e) all correspondence filed by the Parties in the Original Lawsuit; (f) a copy of the docket sheet; and (g) a copy of this Order of Dismissal.

Signed on this the ___3___ day of __March__, 2015

The Honorable Beckie Palomo
Judge of the 341st Judicial District Court
Webb County, Texas

cc: *[Via Facsimile (956) 712-1600]*
John A. Kazen

*[Via Facsimile (956) 796-1002]*
Ronald Rodriguez

*[Via Facsimile (210) 824-9429]*
Eric Krudop

A True copy of the original, I certify, the ___ day of _May_, 20_15_
ESTHER DEGOLLADO
Clerk of the District Courts and County Court at Law, Webb County, Texas
By: _____ Deputy